UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NO MUHAMED,<br><br>    Petitioner,<br><br>    v.<br><br>C. NOLL, warden,<br><br>    Respondent. | No. C 09-3454 MHP (pr)<br><br>**ORDER RE. FILING FEE** |

    This pro se action for writ of habeas corpus was filed on July 29, 2009, at which time the court notified petitioner in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application. Petitioner was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Petitioner did not pay the filing fee or file an in forma pauperis application, and the deadline by which to do so has passed. Petitioner must pay the $5.00 filing fee no later than **March 12, 2010** or file a completed in forma pauperis application by that deadline. Failure to pay the fee or file a completed in forma pauperis application by the deadline will result in the dismissal of this action.

    IT IS SO ORDERED.

DATED: February 12, 2010

                                                    Marilyn Hall Patel
                                                  United States District Judge